FILED

OCT 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a project of Orange County Coastkeeper and ORANGE COUNTY COASTKEEPER, a California non-profit corporation, | Nos. 20-55420, 20-55678 |
| Plaintiffs – Appellants/ Cross-Appellees, | D.C. No. 8:18-cv-00333-DOC-DFM U.S. District Court for Central California, Santa Ana |
| v. | **ORDER** |
| CORONA CLAY CO., a California Corporation, | |
| Defendant – Appellee/ Cross-Appellant. | |

The amicus brief submitted by Chantell Sackett, et al. on October 21, 2020 is filed.

Within 7 days of this order, amici curiae are ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Khanh Thai
Deputy Clerk
Ninth Circuit Rule 27-7