UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

INLAND EMPIRE WATERKEEPER, a project of Orange County Coastkeeper and ORANGE COUNTY COASTKEEPER, a California non-profit corporation,

　　　　　Plaintiffs – Appellants/ Cross-Appellees,

　　v.

CORONA CLAY CO., a California Corporation,

　　　　　Defendant – Appellee/ Cross-Appellant.

Nos. 20-55420, 20-55678

D.C. No. 8:18-cv-00333-DOC-DFM U.S. District Court for Central California, Santa Ana

**ORDER**

The third brief on cross-appeal submitted on November 17, 2020 is filed.

Within 7 days of this order, appellees are ordered to file 6 copies of the brief in paper format with yellow covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The supplemental excerpts of record submitted on November 17, 2020 are filed. Within 7 days of this order, appellees are ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white covers.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7